652 A.2d 295

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ricardo L. WILLIAMS, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 30, 1994.

## ORDER

PER CURIAM:

Prior Report: 431 Pa.Super. 645, 631 A.2d 1374.

AND NOW, this 30th day of December, 1994, the Petition for Allowance of Appeal is granted and the case remanded to the Court of Common Pleas of Chester County for re-sentencing in accordance with *Commonwealth v. Anderson,* 538 Pa. 574, 650 A.2d 20 (1994).

MONTEMURO, J., is sitting by designation.